**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LUIS ALFREDO BARAJAS BAUTISTA,

Petitioner,

vs.

WARDE, DESERT VIEW ANNEX, et al.

Respondents.

CASE NO. 5:26-cv-3135-SK

**JUDGMENT**

Pursuant to this Court's Order Granting Petition**, IT IS ADJUDGED** that the Petition is granted and Petitioner **Luis Alfredo Barajas Bautista** (**A# 246-060-828**) is to be released from custody immediately under appropriate conditions of supervision.

The Clerk of Court is instructed to close this case.

DATED: July 13, 2026

STEVE KIM
United States Magistrate Judge